```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER SADOWSKI,                      :
                                           :
                          Plaintiff,       :
                                           :            1:24-cv-4509-GHW
           -against-                       :
                                           :                ORDER
VOX MEDIA, LLC,                            :
                                           :
                          Defendant.       :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On June 23, 2024, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than July 7, 2024. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's June 23, 2024 order forthwith, and in no event later than July 24, 2024.

SO ORDERED.

Dated: July 10, 2024
New York, New York                              _____
                                                       GREGORY H. WOODS
                                                     United States District Judge