

One PPG Place, Suite 3300
Pittsburgh, PA 15222
Steptoe & Johnson PLLC
Phone: (412) 504-8010
http://www.steptoe-johnson.com

Shane M. Rumbaugh
(412) 504-8145
shane.rumbaugh@steptoe-johnson.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024
```

**MEMORANDUM ENDORSED**

September 16, 2024

**BY ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl St, New York, NY 10007

**RE: Christopher Sadowski v. Vox Media, LLC**
**Case No. 1:24-cv-04509 (GHW) - U.S. District Court, Southern District of New York**

Dear Judge Woods:

This firm represents Defendant Vox Media, LLC in the above action. We write jointly, with the consent of Plaintiff Christopher Sadowski, to request an adjournment of the initial pretrial conference scheduled for September 18, 2024. Alternatively, the parties respectfully request that the Court conduct the conference by telephonic means.

The original date for the conference is September 18, 2024. The proposed adjournment, if granted, would not cause an extension of any other deadlines. No previous requests for adjournments or extensions have been made. The reason for the requested adjournment is because the parties have agreed on a proposed case management plan, which the parties understand complies with the Court's requirements. Additionally, counsel would have to travel interstate to attend the conference, which would result in disproportional expenses and burden on the parties to the needs of the case, given that the dispute pertains to the use of just one copyrighted image.

Plaintiff has consented to the requested extension.

The Parties jointly thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Shane Rumbaugh*

Shane M. Rumbaugh

cc: James H. Freeman

---

Application granted in part and denied in part. Defendant's request that the initial pretrial conference scheduled for September 18, 2024 be conducted by telephone is granted. The initial pretrial conference on September 18, 2024 will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated: September 16, 2024
New York, New York

*/s/ Gregory H. Woods*
GREGORY H. WOODS
United States District Judge